RECEIVED
IN LAKE CHARLES, LA.

FEB 18 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DONALD BURGO | : | DOCKET NO. 2:09-cv-1164 |
| VS. | : | JUDGE MINALDI |
| RONNIE FUSELET, ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _18_ day of _February_, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE